# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                                Case No.: 1:09−cr−00383
                                                Honorable Sharon Johnson Coleman

Guadalupe Fernandez Valencia, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Guadalupe Fernandez Valencia (19): Sentencing hearing set for 8/24/2021 at 1:30 PM will proceed as an in−person hearing in courtroom 1241. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.